1  Marion I. Quesenbery, Cal. SBN 072308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA  94620
3  Telephone:     (510) 705-8894
   Facsimile:     (510) 705-8737
4  E-mail:  marion@rjlaw.com

5  Attorneys for Plaintiff
   Bay Area Herbs & Specialties, LLC

6

                    UNITED STATES DISTRICT COURT
7
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  | BAY AREA HERBS & SPECIALTIES, LLC, | CASE NO. C 08-05466 BZ |
   |---|---|
   | Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT & REQUEST TO CONTINUE CMC** |
   | v. | |
   | THE PRODUCE COMPANY dba WESTSIDE PRODUCE; CHARLES O'NEIL; SUSIE O'NEIL; and ELAINE O'NEIL, | **CMC Date:  March 16, 2009** <br> **CMC Time: 4:00 p.m.** <br> **CMC Place: Ctrm. G, 15th Floor** <br>            **San Francisco** |
   | Defendants. | |

10
11
12
13
14

15       Plaintiff Bay Area Herbs & Specialties, LLC respectfully requests that the Case

16  Management Conference and the associated dates be continued for an additional 30 to 60 days.

17  Defendants have been served, and have not responded to the Complaint and Summons.  The

18  proofs of service and request for default will be filed no later than March 16, 2009.  Plaintiff will

19  thereafter file a Motion for Default Judgment.

20       In sum, Plaintiff respectfully requests that the Case Management Conference be

21  continued to give it sufficient time to file the Motion for Default Judgment.

22

CMC Statement & Request to Continue CMC – Case No. C 08-05466 BZ – Page 1

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2  true and correct.

3  Date:  March 12, 2009                          RYNN & JANOWSKY, LLP

4

5                                    By:    /s/  Marion I. Quesenbery
                                           MARION I. QUESENBERY
                                           Attorneys for Plaintiff
6

7
       **IT  IS  SO  ORDERED.  The  Case  Management  Conference  is  continued  to**
8
  _____June 1_____**2009,  at  __4:00_____  p.m.,  in  Courtroom  G,  15th  Floor,  San**

9  **Francisco.**

10

11  Date:   March _13_, 2009

12                                    _____
                                      U.S. MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

CMC Statement & Request to Continue CMC – Case No. C 08-05466 BZ – Page 2