Marion I. Quesenbery, Cal. SBN 072308
RYNN & JANOWSKY, LLP
P.O. Box 20799
Oakland, CA  94620
Telephone:     (510) 705-8894
Facsimile:      (510) 705-8737
E-mail:  marion@rjlaw.com

Attorneys for Plaintiff
Bay Area Herbs & Specialties, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA HERBS & SPECIALTIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE PRODUCE COMPANY dba WESTSIDE PRODUCE; CHARLES O'NEIL; SUSIE O'NEIL; and ELAINE O'NEIL,<br><br>Defendants. | CASE NO. C 08-05466 BZ<br><br>**CASE MANAGEMENT CONFERENCE STATEMENT & REQUEST TO CONTINUE CMC; ORDER THEREON**<br>**CMC Date:  June 1, 2009**<br>**CMC Time: 4:00 p.m.**<br>**CMC Place: Ctrm. G, 15th Floor**<br>**                    San Francisco** |

Plaintiff Bay Area Herbs & Specialties, LLC respectfully requests that the Case Management Conference and the associated dates be continued for an additional 30-60 days. Defendants have been served and have not responded to the Complaint and Summons.  The proofs of service and request for default were just filed.  Plaintiff has not yet filed a Motion for Default Judgment, although it will do so within two weeks.  The papers have been drafted; however, they are not yet complete.  Plaintiff's attorney had intended to file these papers well before now; however, her brother became very ill and passed away on April 26.  Consequently, she got behind, but she is catching up and will file the motion for default judgment shortly.

CMC Statement & Request to Continue CMC – Case No. C 08-05466 BZ – Page 1

1  In sum, Plaintiff respectfully requests that the Case Management Conference be continued for 30-60 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: May 25, 2009                    RYNN & JANOWSKY, LLP


                                      By:    /s/ Marion I. Quesenbery
                                             MARION I. QUESENBERY
                                             Attorneys for Plaintiff


**IT IS SO ORDERED.** The Case Management Conference is continued to ___JULY 27,_____ **2009, at** ___4:00____ **p.m., in Courtroom G, 15th Floor, San Francisco.**

Date: May _26_, 2009

_____
U.S. [Signature: Bernard Zimmerman] JUDGE
Judge Bernard Zimmerman

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED]

CMC Statement & Request to Continue CMC – Case No. C 08-05466 BZ – Page 2