1  Marion I. Quesenbery, Cal. SBN 072308
   RYNN & JANOWSKY, LLP
2  P.O. Box 20799
   Oakland, CA  94620
3  Telephone:     (510) 705-8894
   Facsimile:      (510) 705-8737
4  E-mail:  marion@rjlaw.com

5  Attorneys for Plaintiff
   Bay Area Herbs & Specialties, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA HERBS & SPECIALTIES, LLC, | CASE NO. C 08-05466 BZ |
|---|---|
| Plaintiff, | **CASE MANAGEMENT CONFERENCE STATEMENT & REQUEST TO CONTINUE CMC** |
| v. | |
| THE PRODUCE COMPANY dba WESTSIDE PRODUCE; CHARLES O'NEIL; SUSIE O'NEIL; and ELAINE O'NEIL, | **CMC Date:  August 3, 2009**<br>**CMC Time: 4:00 p.m.**<br>**CMC Place: Ctrm. G, 15th Floor**<br>**San Francisco** |
| Defendants. | |

Plaintiff Bay Area Herbs & Specialties, LLC respectfully requests that the Case Management Conference and the associated dates be continued for an additional 30 days. Defendants were served with the Complaint and Summons, they did not respond, and default was entered by the Clerk of the Court on May 28, 2009.

As counsel stated in her prior CMC Statement, although the motion for default judgment papers have been drafted, they have not yet been filed. On June 22, 2009, Defendants Charles O'Neil and Susie O'Neil filed a bankruptcy petition in the U.S. Bankruptcy Court, Northern District of California, Case No. 09-54917. Consequently, any further proceedings against these two Defendants in this Court have been stayed. After research regarding whether the stay

extends to The Produce Company or Elaine O'Neil, Plaintiff's counsel has concluded that it does not. <u>Chugach Forest Products, Inc. v. Northern Stevedoring & Handing Corp. (In re Chugach Forest Products, Inc.</u>, 23 F.3d 241, 246 (9th Cir. 1994); <u>Advanced Ribbons and Office Products, Inc. v. U.S. Interstate Distributing, Inc. (In re Advanced Ribbons and Office Products, Inc.)</u>, 123 B.R. 259 (B.A.P. 9th Cir. 1991).

Plaintiff's attorney had intended to file the Motion for Default Judgment this week, but Plaintiff's declaration in regard to damages is not yet completed. Consequently, Plaintiff's attorney respectfully asks for one last continuance of approximately 30 days of the Case Management Conference to allow her time to file (likely early next week) the Motion for Default Judgment against Defendants Elaine O'Neil and The Produce Company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: July 30, 2009          RYNN & JANOWSKY, LLP

                             By:    /s/ Marion I. Quesenbery
                                    MARION I. QUESENBERY
                                    Attorneys for Plaintiff


**IT IS SO ORDERED.** The Case Management Conference is continued to __October 5__ 2009, at __4:00__ p.m., in Courtroom G, 15th Floor, San Francisco.

Date: July _31_, 2009

                             _____
                             U.S. MAGISTRATE JUDGE
                             BERNARD ZIMMERMAN

CMC Statement & Request to Continue CMC – Case No. C 08-05466 BZ – Page 2